UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MUHAREM KRDZALIJA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2160 (RWR) |
| | ) | |
| SOCIAL SECURITY FUND, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant filed a motion to dismiss on March 31, 2008. On that same date, the Court issued an Order advising plaintiff of his obligation to file an opposition or other response to the motion and the consequences of his failure to oppose this dispositive motion. The March 31, 2008 Order warned plaintiff that if he failed to file a timely response, the Court may treat defendant's motion as conceded. The Court set April 28, 2008 as the deadline for plaintiff's opposition. To date, plaintiff has neither filed an opposition nor requested additional time do so. Accordingly, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. #8] is GRANTED as conceded, and that this civil action is DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Signed this 21st day of May, 2008.

/s/
RICHARD W. ROBERTS
United States District Judge